

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Christopher M. Perricone,　　　　　* Original Mandamus Proceeding

No. 11-25-00078-CV　　　　　　　　　　* April 24, 2025

　　　　　　　　　　　　　　　　　　　* Memorandum Opinion by Trotter, J.
　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　Trotter, J., and Williams, J.)

This court has considered Christopher M. Perricone's petition for writ of mandamus and concludes that the petition should be dismissed in part for want of jurisdiction and denied in part. We dismiss the portion of Christopher M. Perricone's petition for writ of mandamus that seeks to set aside the expired temporary restraining order, and we deny the remainder of his petition. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed in part and denied in part.